**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6793**

———————

MALCOM MAXWELL RYIDU-X, a/k/a Richard Edward
Janey,

Plaintiff - Appellant,

versus

MARYLAND CORRECTIONAL ADJUSTMENT CENTER;
MARYLAND DIVISION OF CORRECTION, Inmate
Accounts Personnel; INMATE ACCOUNTS
SUPERVISOR; THOMAS R. CORCORAN, Warden; SEWALL
SMITH, Warden,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey II, Senior District
Judge. (CA-02-2543-1-AH)

———————

Submitted:  June 20, 2003          Decided:  July 21, 2003

———————

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Malcom Maxwell Ryidu-X, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Stephanie Judith Lane Weber, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Malcom Ryidu-X appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Ryidu-X v. Maryland Correctional Adjustment Ctr.</u>, No. CA-02-2543-1-AH (D. Md. filed Mar. 31, 2003 & entered Apr. 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>